# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0028
Lower Tribunal No. 21-21312

_____

**Hencile Dorsey,**
Appellant,

vs.

**Kimberlee Jo Perretta, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Hencile Dorsey, in proper person.

Law Office of Vivian T. Figueras, and Vivian T. Figueras, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

MILLER, J.

In this quiet title action, appellant, Hencile Dorsey, challenges a default final judgment rendered in favor of appellee, Kimberlee Jo Perretta, as personal representative of the Estate of James Rodney Hicks. On appeal, Dorsey contends the judgment is void because service of process was defective. He specifically alleges he was incarcerated in a correctional facility at the time process was served, yet the return of service reflects substitute service on his mother at her private residence. See Shurman v. Atl. Mortg. & Inv. Corp., 795 So. 2d 952, 955 (Fla. 2001) (holding incarcerated inmate's "usual place of abode" is correctional facility for purposes of substitute service under section 48.031, Florida Statutes). The propriety of service has not yet been litigated below. Accordingly, we affirm the judgment under review without prejudice to Dorsey pursuing his pending motion to quash service in the trial court.

Affirmed.